

FILED

01/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0034

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0034

MELANIE HOKE,

Petitioner,

v.

FOURTH JUDICIAL DISTRICT COURT,
MISSOULA COUNTY, HON. SHANE A.
VANNATTA, Presiding,

Respondent.

FILED

JAN 2 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Petitioner Melanie Hoke, via counsel, seeks a writ of supervisory control directing the Fourth Judicial District Court, Missoula County, to reverse its Order denying her motion to dismiss in the District Court's Cause No. DR-20-175. In that Order, the District Court denied Hoke's motion to dismiss pursuant to M. R. Civ. P. 12(b)(6), concluding that Petitioner Gregory Nardi's petition in that matter had stated a claim for which relief could be granted under § 41-9-102(4), MCA. In her petition for writ, Hoke argues that the District Court erred as a matter of law in denying her motion. Hoke further seeks to stay the proceedings in the District Court pending the disposition of this petition.

Supervisory control is an extraordinary remedy that is sometimes justified when urgency or emergency factors exist making the normal appeal process inadequate, when the case involves purely legal questions, and when the other court is proceeding under a mistake of law and is causing a gross injustice, constitutional issues of state-wide importance are involved, or, in a criminal case, the other court has granted or denied a motion to substitute a judge. M. R. App. P. 14(3). Consistent with Rule 14(3), it is the Court's practice to refrain from exercising supervisory control when the petitioner has an adequate remedy of appeal. *E.g., Buckles v. Seventh Judicial Dist. Court*, No. OP 16-0517,

386 Mont. 393, 386 P.3d 545 (table) (Oct. 18, 2016); *Lichte v. Mont. Eighteenth Judicial Dist. Court*, No. OP 16-0482, 385 Mont. 540, 382 P.3d 868 (table) (Aug. 24, 2016).

Hoke has failed to establish that urgency or emergency factors make appeal an inadequate remedy in this case. Although she asserts that she will bear the burden and expense of discovery and hearing if this matter is not dismissed, this Court has held that conserving resources, without more, is insufficient grounds to justify supervisory control where a party can seek review of the lower court's ruling on appeal and there is no evidence that relief on appeal would be inadequate. *Yellowstone Elec. Co. v. Mont. Seventh Judicial Dist. Court*, No. OP-19-0348, 397 Mont. 552, 449 P.3d 787 (table) (Aug. 6, 2019). In this instance, Hoke has not demonstrated that her remedy on appeal would be inadequate.

Because we are denying Hoke's petition for writ of supervisory control, it is unnecessary to stay proceedings in the District Court.

IT IS THEREFORE ORDERED that the petition for writ of supervisory control is DENIED and DISMISSED.

IT IS FURTHER ORDERED that the motion for stay of proceedings is DENIED as MOOT.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Fourth Judicial District Court, Missoula County, Cause No. DR-20-175, and the Honorable Shane A. Vannatta, presiding Judge.

DATED this 26th day of January, 2021.

_____
Chief Justice

_____

_____

_____

2

_____
Justices